# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-01614-CJC(JPRx) | Date | September 11, 2014 |
| Title | Alejandro Diaz v. La Reina Properties, LP, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED FOR FAILURE TO COMPLY WITH COURT ORDER

On March 7, 2014, the Court issued a notice of intent to schedule the case which ordered the parties to hold an early meeting of counsel and to file a report of such meeting. On July 29, 2014, counsel for plaintiff filed a joint status report informing the Court that the defendant did not participate in the drafting of the report. The Court hereby ORDERS defendant, to show cause in writing no later than **September 18, 2014,** why default should not be entered for failure to comply with the Court's order and participate in the meet and confer and preparation of the Rule 26(f) report.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading on or before the date upon which a response by defendant is due.

 : 0

Initials of Preparer   mu